UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Anthony Favors,<br><br>   Plaintiff,<br>v.<br><br>Synchrony Capital Bank, and V. Wotruba (employee),<br><br>   Defendants. | Case No. 21-cv-01495 (ECT/HB)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

  IT IS HEREBY STIPULATED AND AGREED, by and among the parties that all claims asserted by Plaintiff Joseph Anthony Favors against Defendants be dismissed with prejudice and without an award of costs, disbursements, and/or attorney's fees to any party.

Dated: 7-18-2021

*Joseph A. Favors*
Joseph Anthony Favors

Dated: July 22, 2021

**ANTHONY OSTLUND
BAER & LOUWAGIE P.A.**

*s/ Cory D. Olson*
Cory D. Olson (#0386941)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612-349-6969
colson@anthonyostlund.com

**ATTORNEY FOR DEFENDANT
SYNCHRONY BANK**