UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Joseph Anthony Favors, | File No. 21-cv-1495 (ECT/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Snychrony Capital Bank and V. Wotruba, *Employee*, | |
| Defendants. | |

---

Pursuant to the Joint Stipulation of Dismissal with Prejudice [ECF No. 15] entered into by the parties, **IT IS ORDERED** that:

1. The above-captioned action is **DISMISSED** with prejudice in its entirety, on the merits, and without costs, disbursements, or attorneys' fees to any of the parties.

2. Plaintiff's applications to proceed in forma pauperis [ECF Nos. 2, 7, 9] are **DENIED** as moot.

3. Defendant Synchrony Bank's Motion to Dismiss Plaintiff's Complaint [ECF No. 10] is **DENIED** as moot.

Date: July 23, 2021

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court